■ In the Matter of NEW YORK CITY ASBESTOS LITIGATION. ALFRED D'ULISSE et al., Respondents, v AMCHEM PRODUCTS, INC., et al., Defendants, and DAIMLERCHRYSLER CORPORATION, Appellant. [874 NYS2d 912]—Appeal from judgment, Supreme Court, New York County (Louis B. York, J.), entered May 13, 2008; and appeal from orders, same court and Justice, entered May 22, 2006, July 10, 2007 and May 12, 2008, unanimously withdrawn in accordance with the terms of the stipulation of the parties

hereto. No opinion. Order filed. Concur—Friedman, J.P., Sweeny, McGuire and Renwick, JJ.